# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2006

129167

KAREN COLE and KEVIN COLE,
      Plaintiffs-Appellants,

v

MOHAMMAD M. YUSAF, M.D.,
WYANDOTTE HOSPITAL & MEDICAL
CENTER, a Michigan corporation, d/b/a
HENRY FORD WYANDOTTE HOSPITAL,
and HENRY FORD HEALTH SYSTEM,
a Michigan corporation,
      Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129167
COA: 251349
Wayne CC: 99-928120-NH

_____/

On order of the Court, the application for leave to appeal the April 26, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2006

_____
Clerk